HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BROWN,<br><br>                         Plaintiff,<br><br>    vs.<br><br>ROB MASKO, CHIEF OF CORRECTIONS; PIERCE COUNTY DETENTION AND CORRECTIONS CENTER; JOHN OR JANE DOE; JOHN OR JANE DOES TWO THROUGH TEN; JOHN OR JANE DOE ELEVEN; VINCE GOLDSMITH, HEALTH SERVICES MANAGER; PIERCE COUNTY, A LEGAL SUBDIVISION OF THE STATE OF WASHINGTON; FRANCISCAN HEALTH SYSTEM; ST. JOSEPH MEDICAL CENTER; ALLEN YU AND JANE DOE YU AND THE MARITAL COMMUNITY COMPRISED THEREOF; JOHN OR JANE DOES TWELVE THROUGH SIXTEEN,<br><br>                         Defendants. | NO. C08-5139 BHS<br><br>STIPULATED ORDER OF DISMISSAL |

## I. **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter between the plaintiff James Brown and defendants

1

Pierce County, Rob Masko, Pierce County Corrections, Vince Goldsmith, and all John and Jane Does may be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DATED this 2nd day of November, 2009.

| | |
|---|---|
| MARK LINDQUIST<br>Prosecuting Attorney | LAW OFFICE OF CHRISTOPHER CARNEY |
| By  s/ MICHELLE LUNA-GREEN<br>MICHELLE LUNA-GREEN / WSB# 27088<br>Deputy Prosecuting Attorney<br>Attorneys for Pierce County Defendants | By  s/ CHRISTOPHER CARNEY<br>CHRISTOPHER CARNEY / WSB# 30325<br>Attorney for Plaintiff |

## II.  **ORDER**

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the plaintiff John Worthington and defendants Pierce County, Rob Masko, Pierce County Corrections, Vince Goldsmith, and all John and Jane Does for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff's complaint against the defendants be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DONE IN OPEN COURT this 2nd day of November, 2009.

BENJAMIN H. SETTLE
United States District Judge

1

| Presented by: | Approved and Notice of Presentment Waived: |
|---|---|
| GERALD A. HORNE<br>Prosecuting Attorney | LAW OFFICE OF CHRISTOPHER CARNEY |
| By  s/ MICHELLE LUNA-GREEN<br>MICHELLE LUNA-GREEN / WSB# 27088<br>Deputy Prosecuting Attorney<br>Attorneys for Pierce County | By  s/ CHRISTOPHER CARNEY<br>CHRISTOPHER CARNEY / WSB# 30325<br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

On November 2, 2009, I hereby certify that I electronically filed the foregoing STIPULATED ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Christopher Robert Carney**
  Christopher.Carney@gmail.com

s/ CHRISTINA M. SMITH
CHRISTINA M. SMITH
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph:  253-798-7732 / Fax:  253-798-6713